Marc E. Kasowitz
David M. Friedman
Jed I. Bergman
Christine A. Montenegro
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

*Attorneys for Plaintiffs-Appellants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.*,[1] | Case No. 12-12080 (SCC) |
| | Jointly Administered |
| Debtors. | Adv. Proc. No. 13-1390 (SCC) |

---------------------------------------------------------------X

| | |
|---|---|
| HARBINGER CAPITAL PARTNERS LLC, HGW US HOLDING COMPANY LP, BLUE LINE DZM CORP., AND HARBINGER CAPITAL PARTNERS SP, INC., | **NOTICE OF MOTION FOR LEAVE TO APPEAL** |
| Plaintiffs-Appellants, | |
| - against- | |
| CHARLES W. ERGEN, ECHOSTAR CORPORATION, DISH NETWORK CORPORATION, L-BAND ACQUISITION LLC, SP SPECIAL OPPORTUNITIES LLC, SPECIAL OPPORTUNITIES | |

---

[1]  The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), LightSquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631), SkyTerra (Canada) Inc. (0629) and One Dot Six TVCC Corp. (0040) ("LightSquared").



HOLDINGS LLC, SOUND POINT CAPITAL : 
MANAGEMENT LP, AND STEPHEN KETCHUM, : 
 : 
      Defendants-Appellees. : 
-------------------------------------------------------------------X 
THE AD HOC SECURED GROUP OF : 
LIGHTSQUARED LP LENDERS,[2] LIGHTSQUARED : 
INC., *et al.*, MAST CAPITAL MANAGEMENT, LLC, : 
AND U.S. BANK NATIONAL ASSOCIATION, : 
 : 
      Intervenors. : 
-------------------------------------------------------------------X 

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in

Support of Plaintiffs-Appellants, Harbinger Capital Partners LLC, HGW US Holding Company

LP, Blue Line DZM Corp., and Harbinger Capital Partners SP, Inc. (collectively, "Harbinger"),

the Declaration of Jed I. Bergman and the exhibits attached thereto, counsel for Harbinger will

move pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and, to

the extent leave is required, 8003(a), as soon as they may be heard in the United States Court for

the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for an

order granting leave to appeal, to the extent such leave may be required, from the Court's *Order

Granting Motions to Dismiss the Amended Complaint*, dated November 14, 2013 [Dkt. No. 65]

and *Memorandum Decision Granting Motions to Dismiss Complaint*, dated November 21,

2013 [Dkt. No. 68], entered in the above-captioned adversary proceeding.  Defendants-

---

[2]  As of the date hereof, the Ad Hoc LP Secured Group is comprised of Capital Research and Management Company, Cyrus Capital Partners, L.P., Fir Tree Capital Opportunity Master Fund, L.P., Intermarket Corporation, SP Special Opportunities LLC, and UBS AG, Stamford Branch.  Collectively, each member of the Ad Hoc LP Secured Group or its affiliate is the advisor to or beneficial owner of, or the holder or manager of, various accounts with investment authority, contractual authority or voting authority for $1,379,606,450.74 in aggregate principal amount of loans (the "Loan Debt") made pursuant to that certain credit agreement, dated as of October 1, 2010 by and among LightSquared LP as borrower, its affiliate guarantors and the lenders party thereto from time to time, which represents approximately 82% of the outstanding Loan Debt (*See* Seventh Supplemental Verified Statement of White & Case LLP Pursuant to Bankruptcy Rule 2019 [Dkt. No. 770]).

Appellees' opposition to the motion is due on or before December 16, 2013, and Plaintiffs-

Appellants' reply is due on or before December 23, 2013.


Dated: New York, New York
      December 2, 2013

Respectfully submitted,

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP


By:    */s/ David M. Friedman*
    Marc E. Kasowitz
    David M. Friedman
    Jed I. Bergman
    Christine A. Montenegro

    1633 Broadway
    New York, New York 10019
    Tel. (212) 506-1700
    Fax (212) 506-1800

    *Attorneys for Plaintiffs-Appellants Harbinger*
    *Capital Partners LLC, HGW US Holding*
    *Company LP, Blue Line DZM Corp., and*
    *Harbinger Capital Partners SP, Inc.*

TO:

Rachel C. Strickland
James C. Dugan
Mary K. Warren
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
*Attorneys for Charles Ergen, SP Special Opportunities, and Special Opportunities Holdings LLC*

Peter Friedman
Alexander Slater
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 728-5988
*Attorneys for Sound Point Capital Management and Stephen Ketchum*

Robert J. Giuffra, Jr.
Brian T. Frawley
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
*Attorneys for EchoStar Corporation, Dish Network Corporation and L-Band Acquisition Corp.*

Michael S. Stamer
Abid Qureshi
Philip C. Dublin
Kenneth A. Davis
Jonah E. McCarthy
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
*Attorneys for U.S. Bank National Association and Mast Capital Management, LLC on behalf of its managed and affiliated funds*

Matthew S. Barr
Alan J. Stone
Karen Gartenberg

MILBANK, TWEED, HADLEY & M^CCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
*Attorneys for Debtors and Debtors in Possession*

Glenn M. Kurtz
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
*Attorneys for the Ad Hoc Secured Group of LightSquared LP Lenders*