```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

LIGHTSQUARED INC., et al.,

                Debtors.

------------------------------------------------------------X

HARBINGER CAPITAL PARTNERS LLC,
HGW US HOLDING COMPANY LP, BLUE
LINE DZM CORP., and HARBINGER
CAPITAL PARTNERS SP, INC.,

                Appellants,

      -v-

CHARLES W. ERGEN, ECHOSTAR
CORPORATION, DISH NETWORK
CORPORATION, L-BAND ACQUISITION
LLC, SP SPECIAL OPPORTUNITIES LLC,
SPECIAL OPPORTUNITIES HOLDINGS
LLC, SOUND POINT CAPITAL
MANAGEMENT LP, and STEPHEN
KETCHUM,

                Appellees.

------------------------------------------------------------X

No. 14-cv-00062 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On January 15, 2014, Harbinger Capital Partners LLC, HGW US Holding Company LP, Blue Line DZM Corp., and Harbinger Capital Partners SP, Inc. filed a motion for leave to appeal a November 14, 2013 Order and November 21, 2013 Memorandum Decision of the United States Bankruptcy Court for the Southern District of New York.

      As discussed on the record at today's conference, it is hereby:

      ORDERED that, on the consent of the parties, the motion for leave to appeal is denied as

moot.  The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated:       June 30, 2014
               New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge